ORDERED.

Dated:  March 22, 2019

_____
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

DAVID ARNOLD REED, JR.,                    Case No.:  8:19-bk-00547-CPM
                                           Chapter:  7
    Debtor.
_____/

**ORDER GRANTING VERIFIED MOTION FOR RELIEF FROM
AUTOMATIC STAY FILED BY THE BANK OF NEW YORK MELLON
F/K/A THE BANK OF NEW YORK AS SUCCESSOR IN INTEREST TO
JP MORGAN CHASE BANK, N.A. AS TRUSTEE FOR BEAR STEARNS
ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES
SERIES 2005-7 BY NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER**

**THIS CASE** came on for consideration upon the Verified Motion for Relief from Automatic stay filed by THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates Series 2005-7 by Nationstar Mortgage LLC d/b/a Mr. Cooper (the "Secured Creditor") (Doc. No. 8) (the "Motion"), pursuant to the negative notice provisions of Local Rule 2002-4.  Having considered the Motion and the absence of any record objection to the relief requested, the Court deems the Motion to be uncontested.  The Court makes no determination that the Debtor has defaulted on the underlying obligation.  Accordingly, it is

**ORDERED:**

1. The Motion is granted.

2. The automatic stay arising by reason of 11 U.S.C. § 362 is terminated as to Secured Creditor's interest in the real property located at 10513 Greenssprings Drive, Tampa, Florida 33626 (the "Property"), legally described as:

> LOT 7, BLOCK 1, OF WESTCHASE SECTION "302 AND 304", ACCORDING TO MAP OR PLAT THEREOF AS RECORDED IN PLAT BOOK 79, PAGE 10, OF THE PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA.

3. The Order Granting Relief from Stay is entered for the sole purpose of allowing Secure Creditor, its successors and/or assigns, to complete *in rem* relief to take any and all steps necessary to exercise any rights it may have in the Property and to gain possession of said Property. Secured Creditor does not have *in personam* relief against the Debtor.

4. The relief granted here permits Secured Creditor, its successors and/or assigns, to commence and/or continue through judgment, sale, certificate of title and possession, a foreclosure against the Property described above.

5. Secured Creditor's request for attorney's fees and costs in the amount of $450.00 and costs of $181.00 is granted.

6. Secured Creditor's request to waive the 14-day stay period pursuant to Bankruptcy Rule 4001(a)(3) is granted.

Attorney Austin Noel is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within three days of entry of the order.